No. 70–5157. Theriault *v.* Harris, Warden. C. A. 7th Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 70–5215. Linehan *v.* Minnesota. C. A. 8th Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 71–158. Georgia-Pacific Corp. *v.* U. S. Plywood-Champion Papers, Inc. C. A. 2d Cir. Certiorari denied. Mr. Justice White and Mr. Justice Blackmun are of the opinion that certiorari should be granted.

No. 70–165. Estate of Lion et al. *v.* Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied. Mr. Justice Stewart is of the opinion that certiorari should be granted.

No. 70–320. Jordan et al. *v.* Montgomery Ward & Co., Inc. C. A. 8th Cir. Certiorari denied. Mr. Justice Stewart is of the opinion that certiorari should be granted.

No. 70–313. Ambrose Distributing Co. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 70–5102. Bloeth *v.* New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.